IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:21-CR-40-RLJ-DCP-1 |
| SAMUEL D. HILL, | ) ) ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on Defendant Hill's Motion to Preclude Introduction of Prior Convictions [Doc. 30] filed on October 1, 2021. The Government filed a response to Defendant's Motion to Preclude Introduction of Prior Convictions on October 12, 2021 [Doc. 35]. Defendant's motion was addressed at an evidentiary hearing held on November 16, 2021. [Doc. 53]. Assistant United States Attorneys Alan S. Kirk and Brent N. Jones appeared on behalf of the Government. Attorney Robert R. Kurtz appeared on behalf of Defendant, who was also present. At the hearing, Defendant made an oral motion to withdraw his Motion to Preclude Introduction of Prior Convictions [Doc. 30], preserving it to be presented as a *motion in limine,* if necessary. Accordingly, the Court **GRANTS** Defendant's oral Motion to Withdraw his Motion to Preclude Introduction of Prior Convictions [**Doc. 30**].

    **IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge